Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Leevern Donnie CHEATHAM |
| **Docket Number:** | 2:02CR00220-01 |
| **Offender Address:** | Stockton, California |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | February 24, 2003 |
| **Original Offense:** | 21 USC 841(a)(1) - Possession of at Least 5 Grams Cocaine Base With Intent to Distribute<br>(CLASS B Felony) |
| **Original Sentence:** | 54 months custody BOP; 4 years Supervised Release; $100 Special Assessment |
| **Special Conditions:** | Warrantless search; Drug/alcohol treatment program/testing; Abstain from alcohol and alcohol restrictions; Co-pay for treatment/testing services; Do not possess cellular telephone without permission of probation officer; Register as a drug offender. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | May 27, 2005 |
| **Assistant U.S. Attorney:** | Anne Pings   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Rachelle Barbour   **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

**RE:    Leevern Donnie CHEATHAM**
          **Docket Number: 2:02CR00220-01**
          **PETITION FOR WARRANT OR SUMMONS**
          **FOR OFFENDER UNDER SUPERVISION**

## PETITIONING THE COURT

**( xx )  TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**          **NEW LAW VIOLATION**

On November 8, 2006, the vehicle Mr. Cheatham was driving was stopped by police. A search of the vehicle revealed three bags of Marijuana and one bag contained approximately 14 pills which tested positive for Methamphetamine. Mr. Cheatham also had $338.18 in cash. The offender was arrested by Rio Vista Police Department for Possession of Controlled Substance for Sale (11378 (a) H & S code); Transportation of Controlled Substance (11379 (a) H & S code); Possession of Marijuana for Sale (11359 H & S Code); Transportation of Marijuana (11360 (a) H & S code); and Conspiracy (182 of the California Penal Code). This conduct is in violation of the standard condition which states "The defendant shall not commit another federal, local, or state crime."

**Charge 2:    ASSOCIATION WITH PROHIBITED PERSON**

At the time of his arrest, Mr. Cheatham's passenger was identified as someone with a prior felony conviction currently on State Parole, in violation of standard condition number 9, which states he shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

**RE:** Leevern Donnie CHEATHAM
Docket Number:  2:02CR00220-01
PETITION FOR WARRANT OR SUMMONS
<u>FOR OFFENDER UNDER SUPERVISION</u>

**Justification:** Mr. Cheatham was once again arrested for possession of illegal substances for sale.  He is currently on supervision for the same conduct and has a prior conviction for drug sales as well.  It is apparent Mr. Cheatham continues to involve himself in criminal activity.

**Bail/Detention:** Due to the seriousness of this offense, Mr. Cheatham is seen as a danger to the community and detention is recommended.  He is currently in the Solano County Jail.  If this warrant is issued prior to his ability to bail out of custody on the state charge, the warrant will be lodged as a detainer until his release from state custody.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**: November 13, 2006
Elk Grove, California
DAS/cj

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**
Telephone:  (916) 683-3322

**RE:    Leevern Donnie CHEATHAM**
       **Docket Number:  2:02CR00220-01**
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

---

### THE COURT FINDS PROBABLE CAUSE AND ORDERS:

( x )   The issuance of a warrant        ( )   Bail set at $ __        ( x )   No Bail

( )   The issuance of a summons (copy to Defense Counsel).

( )   Other:

### FURTHER PROCEEDINGS REGARDING CUSTODY:

( )   Defendant is ordered detained, to be brought before District Judge forthwith.

( x )   Initial appearance and detention hearing before Magistrate Judge.

 November 15, 2006
**Date**                                                          **Signature of Judicial Officer**

cc:   United States Probation
      United States Marshal Service

Attachment:  Presentence Report

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                                                    RE:    Leevern Donnie CHEATHAM
                                                                Docket Number:   2:02CR00220-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**     **NEW LAW VIOLATION**

      **A.**     **Evidence:**

            (1)     Rio Vista Police Department report number 06-1326

      **B.**     **Witnesses:**

            (1)     Officer Stevenson and Officer Insixiengmay will testify to the details of the arrest of offender Cheatham

**Charge 2:**     **ASSOCIATION WITH PROHIBITED PERSON**

      **A.**     **Evidence:**

            (1)     Rio Vista Police Department report number 06-1326

RE:   **Leevern Donnie CHEATHAM**
      **Docket Number:   2:02CR00220-01**
      **STATEMENT OF EVIDENCE**

      **B.**     **Witnesses:**

          (1)    Officer Stevenson and Officer Insixiengmay will testify to the details of the arrest of offender Cheatham

      Respectfully submitted,

      /s/ Deborah A. Spencer
      **Deborah A. SPENCER**
      **Supervising United States Probation Officer**

**DATED:**    November 13, 2006
              Elk Grove, California
              DAS/cj

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:** Leevern Donnie CHEATHAM     **Docket Number:** 2:02CR00220-01

**Date of original offense:** 04/02/2002

**Original term of supervised release imposed:** 4 **years.**

**Highest grade of violation alleged:**     A

**Criminal History Category of offender:**     III

**Chapter 7 range of imprisonment:** 18 **to** 24 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

   \_\_   **Class A felony - 5 years (or stat max of \_\_ years if longer).**
   _x_   **Class B felony - 3 years**
   \_\_   **Class C and/or D felony - 2 years**
   \_\_   **Class E felony and misdemeanors: 1 year**

**Violation requires mandatory revocation:  YES:** _x_   **NO:** \_\_\_.

**<u>Original offense committed after 09/13/94</u>:** Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## **MANDATORY REVOCATION ISSUES**

**<u>Original offense committed after 09/13/94</u>:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**<u>Positive/Failed Drug Tests after 11/02/2002</u>:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.

November 13, 2006
DAS/cj