# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>     vs.          )<br>)<br>**Leevern Donnie CHEATHAM**  )<br>) | **Docket Number:  2:02CR00220-01** |

## LEGAL HISTORY:

On February 24, 2003, the above-named was sentenced to 54 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 4 years, which commenced on May 27, 2005. Special conditions included: Warrantless search; Drug/alcohol treatment program/testing; Abstain from alcohol/alcohol restrictions; Co-payment for treatment/testing; Not possess cell phone/pager without permission of probation officer; Provide billing records for cell/pager; Register as a drug offender.

## SUMMARY OF COMPLIANCE:

Mr. Cheatham has complied with all conditions and special conditions of Supervised Release. It is the opinion of the probation officer that Mr. Cheatham has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:   Leevern Donnie CHEATHAM**
       **Docket Number:  2:02CR00220-01**
       **RECOMMENDATION TERMINATING**
       **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                                Respectfully submitted,

                                 /s/ Wendy E. Reyes
                                **WENDY E. REYES**
                                **United States Probation Officer**

Dated:        December 9, 2008
              Elk Grove, California
              WER/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

cc:   AUSA, Anne Pings  (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| )  | |
| vs.  ) | **Docket Number: 2:02CR00220-01** |
| )  | |
| **Leevern Donnie CHEATHAM**  ) | |
| )  | |

On May 27, 2005, the above-named was placed on Supervised Release for a period of 4 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES
United States Probation Officer**

Dated:   December 9, 2008
         Elk Grove, California
         WER/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER
                   Supervising United States Probation Officer**

**RE:   Leevern Donnie CHEATHAM**
     **Docket Number:  2:02CR00220-01**
     **ORDER TERMINATING SUPERVISED RELEASE**
     <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

<u>January 8, 2009</u>
**Date**

                              **Frank C. Damrell, Jr.**
                              **United States District Judge**

WER/cj

Attachment:  Recommendation

cc:  United States Attorney's Office